IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>        Plaintiff,<br><br>      v.<br><br>CABINET CRAFTERS, INC.; RICHARD G. LIVINGSTON, individually and as Trustee of the Livingston Family Irrevocable Trust; MICHAEL J. LIVINGSTON, individually and as Trustee of the Livingston Family Irrevocable Trust; LARRY L. LIVINGSTON, individually and as Trustee of the Livingston Family Irrevocable Trust,<br><br>        Defendants. | 2:08-cv-02060-GEB-EFB<br><br><u>ORDER OF DISMISSAL</u> |

        On November 24, 2008, an Order issued granting the parties until December 11, 2008 to file a dispositional document since Plaintiff represented in a Notice of Settlement filed November 21, 2008, that this action had settled. The November 24 Order further stated: "[f]ailure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a

1

1 dismissal order could be filed." Since no dispositional or other
2 document has been filed, it is assumed reason does not exist for this
3 action to continue pending. Therefore, this action is dismissed
4 without prejudice.

5 Dated: January 13, 2009

```
                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```